# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

CARLA ALLEN ASKEW, Individually and
As Parent and Next of Kin to Alexio Allen,
Deceased,

    Plaintiff,

v.

No.: 2:17-cv-02196-JPM-dkv

CITY OF MEMPHIS, MICHAEL RALLINGS,
Individually and in his official capacity as the
Police Director of the Memphis Police Department,
OFFICER LEON DICKSON, Individually and in
his official capacity as a Police Officer of the
Memphis Police Department, and OFFICER
BRIAN MOORE, Individually and in his official
capacity as a Police Officer of the Memphis Police
Department, OFFICER JOSHUA CRAWFORD,
Individually and in his official capacity as a Police
Officer of the Memphis Police Department,

    Defendants.

## NOTICE OF SETTLEMENT

COME NOW the parties, by and through counsel of record, to submit the herein Notice to the Court of the agreed settlement of all claims in the above captioned case. The parties are preparing settlement documents and are planning to submit a proposed Consent Order of Dismissal of all claims.

Respectfully submitted:

/s/Sasha B. Gilmore_____
Clarence Halmon (BPR# 5317)
Harriett Miller Halmon (BPR# 5320)
Sasha B. Gilmore (BPR# 29939)
*Attorneys for the City of Memphis*
22 North Front Street, Suite 790
Memphis, Tennessee 38103
(901) 525-3450
(901) 523-9584 (fax)
sgilmore@archibaldandhalmon.com


/s/Edward M. Bearman_____
Edward M. Bearman (BPR# 14242)
*Attorney for Plaintiff*
780 Ridge Lake Boulevard, Suite 202
Memphis, Tennessee 38120
(901) 682-3450
(901) 682-3590 (fax)
ebearman@jglawfirm.com


/s/Randall J. Fishman_____
Randall J. Fishman (BPR# 7097)
*Attorney for Plaintiff*
200 Jefferson Avenue, Suite 1250
Memphis, Tennessee 38103
(901) 525-6278
(901) 525-6294 (fax)
rfishman@bbfpc.com


/s/Betsy Bartlett McKinney_____
Betsy Bartlett McKinney (BPR# 21597)
Deborah Godwin (BPR# 9972)
*Attorneys for Defendant Officer Crawford, Defendant Officer Moore and Defendant Officer Dickson*
50 North Front Street, Suite 790
Memphis, Tennessee 38103
(901) 528-1702
(901) 528-0246 (fax)
bmckinney@gmblaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 6th day of December, a copy of the foregoing has been electronically filed with the Clerk of Court via the CM/ECF filing system, which shall send notification electronically to all counsel of record in this cause.

/s/Sasha B. Gilmore_____
Sasha B. Gilmore